

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-29-2013

# USA v. Terrell Davis

Precedential or Non-Precedential: Precedential

Docket No. 12-1486

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"USA v. Terrell Davis" (2013). *2013 Decisions.* Paper 274.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/274

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 21, 2013

No. 12-1486

UNITED STATES OF AMERICA

v.

TERRELL DAVIS,
Appellant

(E.D. Pa. No. 2-11-cr-00227-003)

Present:  McKEE, Chief Judge, SMITH and GREENAWAY, JR., Circuit Judges

Motion by Appellee to Clarify Opinion filed August 9, 2013.

Respectfully,
Clerk/arl

_____ORDER_____

After consideration of the foregoing Motion, it is hereby ORDERED that the opinion filed on August 9, 2013, is AMENDED as follows: The following language, which appears on page 15,

> For starters, the prior-acts evidence must be relevant to a proper purpose, and it must be relevant in a way that avoids any propensity inference. *See United States v. Sampson*, 980 F.2d 883, 887 (3d Cir. 1992).

is amended to read,

> For starters, the prior-acts evidence must be relevant to a proper purpose, and it must be relevant without requiring the factfinder to make a propensity inference. *See United States v. Sampson*, 980 F.2d 883, 887 (3d Cir. 1992) ("If the government offers prior offense evidence, it must clearly articulate how that evidence fits into a chain of logical inferences, no link of which can be the inference that because the defendant committed drug offenses before, he therefore is more likely to have committed this one.").

By the Court:

/s/ D. Brooks Smith
Circuit Judge

DATED: August 29, 2013

Appeal No. 12-1486
USA v. Terrell Davis
Page 2


DWB/cc:
   Andrew J. Schell, Esq.
   Christopher G. Furlong, Esq.